IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WASHINGTON ENERGY COMPANY, LLC, | ) ) ) | CIVIL ACTION NO. 04 1451 |
| Plaintiff, | ) ) | Judge Donetta W. Ambrose |
| vs. | ) ) ) | Magistrate Judge Lisa Pupo Lenihan |
| CENTURY SURETY COMPANY, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## STIPULATION OF THE PARTIES AND ORDER OF COURT

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by the parties through their undersigned counsel that this action and all claims of the parties are hereby dismissed with prejudice.

ROBB LEONARD MULVIHILL

By _____
Dennis St. J. Mulvihill, Esq.
Pa I.D. 16411
Daniel L. Rivetti, Esq.
Pa. I.D. 73015
Attorneys for Defendant

KIRKPATRICK & LOCKHART LLP

By _____
Neal R. Brendel, Esq.
Pa. I.D. 31493
Roberta D. Anderson
Pa. I.D. 82286
Attorneys for Plaintiff

AND NOW, this 29th day of December, 2005 it is so ORDERED.

BY THE COURT:

_Donetta W. Ambrose_